UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER J. DRESSER<br>AND JAMES M. ELSIK | CIVIL ACTION |
| VERSUS | NO. 07-1497 c/w 07-1536,<br>07-2896 |
| JOSEPH N. INGOLIA, ET AL | SECTION: "C" (5) |

## ORDER

A hearing on Plaintiffs' motion for a preliminary injunction was held before the Court on October 3, 2007 (Rec. Doc. 32). The Court has considered the arguments of counsel, the record and the law. In addition to the remarks made during oral argument, the Court rules as follows:

1) Plaintiffs have failed to show that all four (4) prerequisites for a preliminary injunction are present in this matter. Specifically, Plaintiffs have not demonstrated that they will suffer irreparable harm without an order from this Court enjoining their administrative appeal. Additionally, Plaintiffs have failed to satisfy the Court that failing to grant an injunction would do greater harm to Plaintiff than to the agency. Accordingly, Plaintiffs' motion for a preliminary injunction is **DENIED**.

## CONCLUSION

In light of the foregoing,

IT IS ORDERED that Plaintiffs' motion for a preliminary injunction is **DENIED**.

New Orleans, Louisiana this 3rd day of October, 2007.

                                            _____
                                            HELEN G. BERRIGAN
                                            UNITED STATES DISTRICT JUDGE